THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Anonymous No. 1
 R.D.H., and Anonymous No. 2 R.D.H., Appellants,
 v.
 South Carolina
 Department of Labor Licensing and Regulation, State Board of Dentistry, Respondents.
 
 
 

Appeal from Richland County
 Carolyn C. Matthews, Administrative Law
 Judge
Unpublished Opinion No. 2009-UP-504
Heard October 7, 2009  Filed November 4,
 2009
REMANDED

 
 
 
 Desa Ballard and P. Christopher Smith, Jr., of West Columbia, for
 Appellants.
 Kenneth P. Woodington
 and Lynne W. Rogers, of Columbia, for Respondents.
 
 
 

PER CURIAM:  Anonymous Dental Hygienists No. 1 and No.
 2 (Hygienists) appeal from the final order of the administrative law court
 (ALC) affirming the decision of the state Board of Dentistry (Board) to issue
 public, yet anonymous, sanctions against Hygienists for failing to meet the
 appropriate standard of care for dental hygienists in South Carolina, namely
 for placing sealant over clinically obvious decay on the teeth of several
 children in a school-based public health dental program.[1] 
 We remand to the administrative law judge pursuant to Rule 220(b)(2), SCACR, for
 reconsideration of the standard of care pursuant to Sections 40-15-80(B),
 40-15-82(1), and 40-15-110(A)(10) of the South Carolina Code and the following
 authorities:  S.C. Code Ann. § 1-23-610(B) (Supp. 2008) ("The court of
 appeals may . . . remand the case for further proceedings . . . ."); Major
 v. S.C. Dep't. of Prob., Parole, & Pardon Servs., __S.C.__, 682 S.E.2d
 795, 797 (2009) (ALC decision should not be overturned unless it is controlled
 by some error of law); David v. McLeod Reg'l Med. Ctr., 367 S.C. 242,
 248, 626 S.E.2d 1, 4 (2006) ("The plaintiff must provide expert testimony
 to establish both the required standard of care and the defendants' failure to
 conform to that standard. . . ."); Futch v. McAllister Towing of
 Georgetown, Inc., 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999) (holding an
 appellate court need not review remaining issues when its determination of a
 prior issue is dispositive of the appeal).  
REMANDED.
HUFF, THOMAS, and
 PIEPER, JJ., concur.

[1] In a letter
 dated October 8, 2009, and received by the Court of Appeals on October 12,
 2009, counsel for Hygienists asked to argue against precedent.  Hygienists'
 motion is hereby denied.